# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>O'Grady, Liam | **2. Court or Organization**<br><br>USDC- EDVA | **3. Date of Report**<br><br>03/09/2022 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Grady, Liam** | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Suntrust Money Market | A | Interest | K | T | | | | | |
| 2.  Suntrust IRA | A | Interest | J | T | | | | | |
| 3.  Wells Fargo IRA | A | Interest | J | T | | | | | |
| 4.  Brokerage Account #1 (Nos. 5 through 87) (H) | | | | | | | | | |
| 5.  - Visa Incorporated | A | Dividend | K | T | | | | | |
| 6.  - Expeditors Int'l Wash, Inc (EXPD) | A | Dividend | K | T | | | | | |
| 7.  - Amphenol Corp. | A | Dividend | K | T | | | | | |
| 8.  - Aflac Inc Stock | A | Dividend | J | T | | | | | |
| 9.  - Abbott Labs Stock | A | Dividend | K | T | | | | | |
| 10. - Boeing Co. Stock | A | Dividend | | | Sold | 06/02/20 | J | A | |
| 11. - Air Products & Chemicals, Inc | A | Dividend | K | T | Sold (part) | 03/05/20 | J | B | |
| 12. - D. R. Horton, Inc. | A | Dividend | K | T | | | | | |
| 13. - Apple Incorporated | A | Dividend | K | T | Sold (part) | 03/05/20 | J | B | |
| 14. | | | | | Sold (part) | 09/10/20 | J | D | |
| 15. - ADP, Inc. | A | Dividend | K | T | | | | | |
| 16. - AT&T | A | Dividend | K | T | | | | | |
| 17. - CVS Health Corp. | A | Dividend | K | T | Buy | 12/02/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Express | A | Dividend | K | T | | | | | |
| 19. - Colgate Palmolive Company | A | Dividend | K | T | | | | | |
| 20. - Raymond James Bank Cash Account | A | Interest | L | T | | | | | |
| 21. - Exxon Mobil Stock | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 22. - Nextera Energey Inc. | A | Dividend | K | T | Sold (part) | 03/05/20 | J | C | |
| 23. - Bristol-Meyers Squibb | A | Dividend | K | T | Buy | 12/02/20 | K | | |
| 24. - Cognizant Technology | A | Dividend | K | T | | | | | |
| 25. - Cerner Corporation | A | Dividend | K | T | | | | | |
| 26. - Kimberly Clark Co (KMB) | A | Dividend | K | T | | | | | |
| 27. - Factset Research Systems, Inc. | A | Dividend | J | T | | | | | |
| 28. - General MLS Inc. | A | Dividend | K | T | | | | | |
| 29. - Fiserv Incorporated | A | Dividend | K | T | | | | | |
| 30. - Merck & Company, Inc. | A | Dividend | K | T | Buy | 06/02/20 | K | | |
| 31. - Lowes Companies | A | Dividend | | | Sold | 03/05/20 | K | C | |
| 32. - Sherwin Williams Corp. | A | Dividend | K | T | | | | | |
| 33. - IBM Stock | A | Dividend | | | Sold | 09/10/20 | J | A | |
| 34. - Becton Dickinson Corp. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. - Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 36. - Chevron Corporation | A | Dividend | K | T | | | | | |
| 37. - Marriott Int'l. Inc J.A. (MAR) | A | Dividend | | | Sold | 06/02/20 | J | A | |
| 38. - WW Grainger Stock | A | Dividend | K | T | | | | | |
| 39. - Nike, Inc., Class B | A | Dividend | K | T | Sold (part) | 12/02/20 | J | C | |
| 40. - Truist Finl. Corp. (TFG) | A | Dividend | K | T | | | | | |
| 41. - Mettler Toledo, Intl. | | None | | | Sold | 03/05/20 | J | B | |
| 42. - United Parcel Serv. Inc. Class B (UPS) | A | Dividend | K | T | | | | | |
| 43. - Genuine Parts Company | A | Dividend | J | T | | | | | |
| 44. - Illinois Tool Works Stock | A | Dividend | K | T | | | | | |
| 45. - Amazon.com | | None | K | T | Sold (part) | 06/02/20 | J | B | |
| 46. | | | | | Sold (part) | 09/10/20 | J | C | |
| 47. - Walt Disney Company | A | Dividend | K | T | | | | | |
| 48. - Pepsico Stock | A | Dividend | K | T | | | | | |
| 49. - Ecolab, Inc. | A | Dividend | K | T | | | | | |
| 50. - Medtronic | A | Dividend | K | T | Buy | 03/05/20 | K | | |
| 51. - Stryker Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Grady, Liam** | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Royal Dutch Shell | A | Dividend | | | Sold | 09/10/20 | J | A | |
| 53.  - Edwards Lifesciences Corp. | | None | K | T | | | | | |
| 54.   - Wal-Mart Stock | A | Dividend | K | T | | | | | |
| 55.   - Amerisourcebergen | A | Dividend | K | T | | | | | |
| 56.   - Ball Corporation | A | Dividend | K | T | Sold<br>(part) | 12/02/20 | J | C | |
| 57.   - Danaher Corp. Stock | A | Dividend | K | T | Sold<br>(part) | 09/10/20 | J | C | |
| 58. | | | | | Sold<br>(part) | 12/02/20 | J | C | |
| 59.   - Cisco Sysems, Inc. | A | Dividend | K | T | Buy | 09/10/20 | K | | |
| 60.   - Concoco Phillips | A | Dividend | J | T | | | | | |
| 61.   - Idexx Labs Inc. | | None | K | T | Sold<br>(part) | 06/02/20 | J | B | |
| 62. | | | | | Sold<br>(part) | 12/02/20 | J | D | |
| 63.   - Home Depot | A | Dividend | K | T | | | | | |
| 64.   - United Technologies Stock | A | Dividend | | | Sold | 06/02/20 | J | D | |
| 65.   - Costco Wholesale Stock | A | Dividend | K | T | Sold<br>(part) | 09/10/20 | J | A | |
| 66.   - Amgen Stock | A | Dividend | K | T | | | | | |
| 67.   - Donaldson, Inc. | A | Dividend | K | T | | | | | |
| 68.   - Microsoft Corporation | A | Dividend | K | T | Sold<br>(part) | 09/10/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Grady, Liam** | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/05/20 | J | B | |
| 70. - Oracle Corp. | A | Dividend | K | T | | | | | |
| 71. - Proctor & Gamble Stock | A | Dividend | K | T | | | | | |
| 72. - Church & Dwight | A | Dividend | K | T | | | | | |
| 73. - Clorox Company | A | Dividend | K | T | | | | | |
| 74. - Walgreen Stock | A | Dividend | | | Sold | 03/05/20 | J | B | |
| 75. - McDonalds Corporation Stock | A | Dividend | K | T | | | | | |
| 76. - Emerson Electric Stock | A | Dividend | K | T | | | | | |
| 77. - Fastenal Company | A | Dividend | K | T | Sold (part) | 06/02/20 | J | B | |
| 78. - 3M | A | Dividend | K | T | | | | | |
| 79. - Alphabet Inc. | | None | K | T | | | | | |
| 80. - JP Morgan Chase Stock | A | Dividend | K | T | | | | | |
| 81. - Mastercard, Inc. | A | Dividend | | | Sold | 12/02/20 | K | D | |
| 82. - Vulcan Materials Company | A | Dividend | K | T | | | | | |
| 83. - Verizon, Inc. | A | Dividend | K | T | | | | | |
| 84. - Roper Technologies | A | Dividend | K | T | | | | | |
| 85. - Thermo Fisher Scientific Inc. | A | Dividend | | | Sold (part) | 06/02/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Sold | 12/02/20 | J | C | |
| 87. | - O'Reilly Automotive | | None | K | T | | | | | |
| 88. | - Lockheed Martin Corp. | A | Dividend | K | T | | | | | |
| 89. | - Checkpoint Software | | None | K | T | | | | | |
| 90. | - Honeywell Intl Stock | A | Dividend | K | T | | | | | |
| 91. | - Varian Med Systems, Inc. | | None | K | T | | | | | |
| 92. | Jefferson Pilot Ins. Policy, bought by Lincoln Fin. Grp; see Sec VIII | A | Interest | J | W | | | | | |
| 93. | Dreyfus Prem Worldwide Stock | A | Dividend | J | T | | | | | |
| 94. | Regions Trust Cash Sweep | A | Interest | | | Sold | 08/17/20 | J | | |
| 95. | Life Ins. Madison Life (formerly Dixie National) See Section VIII | | None | J | U | | | | | |
| 96. | Life Insurance Liberty National; whole life. | | None | J | U | | | | | |
| 97. | Burke & Herbert Cking/ Money Market | A | Interest | J | T | | | | | |
| 98. | United Security Bancshares - Stock | A | Dividend | L | T | | | | | |
| 99. | Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |
| 100. | Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |
| 101. | IRA - PNC Financial Services | A | Interest | J | T | | | | | |
| 102. | Undivided Int. Timberland Choctaw County, AL | E | Rent | P1 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Undivided Int Timberland Wayne County, MS | | None | M | W | | | | | |
| 104.  Undivided Mineral Interest Choctaw County, AL | C | Royalty | L | W | | | | | |
| 105.  Undivided Mineral Interest Clark & Wayne County, MS | A | Royalty | L | W | | | | | |
| 106.  Undivided Mineral interest Mobile County, AL | A | Royalty | J | W | | | | | |
| 107.  McPhearson Land & Timber Company, LLC | G | Dividend | P1 | W | | | | | |
| 108.  IRA - Rockefeller Capital, #1 (N) | | | | | | | | | |
| 109.   - Fidelity Advisor New Insights | C | Dividend | L | T | | | | | |
| 110.   - Blackrock Health Sci | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 111.   - Delaware Small Cap Core Fund | A | Dividend | J | T | | | | | |
| 112.   - Oakmark Intl. Fund | A | Dividend | | | Sold | 04/24/20 | K | D | |
| 113.   - Cohen & Stears Real Estate Fund | A | Dividend | K | T | | | | | |
| 114.   - Neuberger Berman Strategic Income Fund | B | Dividend | K | T | | | | | |
| 115.   - Blackrock Event Driven Fund | A | Dividend | K | T | Buy | 04/24/20 | K | | |
| 116.   - Virtus Ridgeworth Seix Floating Rate HI | A | Dividend | | | Sold | 04/24/20 | K | E | |
| 117.   - JP Morgan Mid Cap | A | Dividend | K | T | | | | | |
| 118.   - Matthews Asia Divided | A | Dividend | | | Sold | 04/24/20 | K | D | |
| 119.   - Franklin Conv. Sec. Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **O'Grady, Liam** | 03/09/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   - Bank Deposit Sweep Program | A | Interest | J | T | | | | | |
| 121.   - Metropolitan West Total Bond Fund | A | Dividend | K | T | Buy | 04/24/20 | K | | |
| 122.   - J. P. Morgan Strategic Opp. Fund | A | Int./Div. | | | Sold | 04/24/20 | K | E | |
| 123.   - PIMCO Investment Grade Corp. | A | Dividend | K | T | Buy | 04/24/20 | K | | |
| 124.   - Prudential Short Term Corp. Bond Fund | A | Dividend | | | Sold | 04/24/20 | K | E | |
| 125.   - Franklin Utilities Adv. | A | Dividend | K | T | | | | | |
| 126.   - First Trust Value Line Div. | A | Dividend | K | T | | | | | |
| 127.   - T. Rowe Price Comm & Tech | | None | K | T | Buy | 04/24/20 | K | | |
| 128.   Rockefeller Capital, #2 (K) | | | | | | | | | |
| 129.   - Invesco Diversified Dividend Fund | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 130.   - Pioneer Fundamental Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 131.   Rockefeller Capital, #3 (K) | | | | | | | | | |
| 132.   - Invesco Diversified Dividend Fund | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 133.   - Pioneer Fundamental Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 134.   Rental Prop Alexandria, VA Assessed value $1,186,311 | F | Rent | P1 | S | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Grady, Liam** | 03/09/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

Item 92: Jefferson Pilot Insurance Policy has been purchased by Lincoln Financial Group. This is a variable life insurance policy; Number 516007280N. In accordance with the instructions set forth on pages 35-42 of the FDR Filing Instructions, the following are the specific investments chosen from the options offered by the insurer:

LVIP Frank Temp Glbl Eq MV SC   5.00%
Templeton Foreign VIP Fund (Class 1)   5.00%
MFS Research       5.00%
Fidelity VIP Equity-Income   15.00%
LVIP S&P 500 Index   15.00%
LVIP T. Rowe Price Growth Stock   10.00%
LVIP MFS International Growth Stock   15.00%
LVIP Wellington Capital Grw SC   5.00%
Fidelity VIP Contrafund   10.00%
PIMCO Total Return Portfolio   15.00%

Item 95:   Life Ins. Madison Life (formerly Dixie National, now Woodman Life) is a whole life adjustable policy

Item 96:   Life Insurance Liberty National is a whole life policy.

Item 134:   Rental Property inadvertently left off 2019 report.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 03/09/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liam O'Grady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544